## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GABRIELLI, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Motorola Mobility LLC,<br><br>　　　　　Defendant. | Case No.: 4:24-cv-09533-JST<br><br>[Assigned to the Hon. Jon S. Tigar]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MOTOROLA MOBILITY LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Hearing Date:　May 22, 2025<br>Time:　　　　2:00 P.M.<br>Courtroom:　　6<br><br>Complaint filed:　December 31, 2024 |

**[PROPOSED] ORDER**

Having considered Defendant Motorola Mobility LLC's Motion to Dismiss Plaintiff's Class Action Complaint, memorandum of points and authorities in support thereof, Request for Judicial Notice in support thereof, all additional documents in support and opposition thereto, all other pleadings and records on file with the Court in this Action, as well as all other arguments and evidence presented to the Court in connection with the Motion, and good cause appearing, **IT IS HEREBY ORDERED as follows:**

- Lenovo's Request for Judicial Notice is **GRANTED**, and this Court will take judicial notice of Exhibits A-D attached thereto; and
- Lenovo's Motion to Dismiss Plaintiff's Class Action Complaint is **GRANTED**, and Plaintiff's Class Action Complaint is dismissed in its entirety, with prejudice.

Date: _____

Hon. Jon S. Tigar
United States District Judge