**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Andreas E. Moffett (admitted *pro hac vice*)
  Andreas@gutridesafier.com
1775 Eye Street, NW Suite 1150
Washington, DC 20006
Telephone: 415-639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*
*Jonathan Gabrielli*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GABRIELLI, as an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC.,<br><br>Defendant. | CASE NO. 4:24-cv-09533-JST<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION** |

Pursuant to Civil Local Rule 7-3(d)(2), and in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Class Action Complaint (ECF 22) (the "Opposition"), Plaintiff Jonathan Gabrielli respectfully submits for the Court's review the following District Court opinion, which is relevant to the arguments raised in Defendant's pending motion to dismiss and was published after Plaintiff's Opposition was filed with the Court: *Conohan v. Rad Power Bikes Inc.*, No. 25-016-PVC, 2025 U.S. Dist. LEXIS (C.D. Cal., Apr. 3, 2025). A copy of that opinion is attached hereto as Exhibit A.

Dated: April 30, 2025         **GUTRIDE SAFIER LLP**

*/s/ Seth A. Safier*
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Andreas E. Moffett (*pro hac vice*)
  Andreas@gutridesafier.com
1775 Eye Street, NW Suite 1150
Washington, DC 20006
Telephone: 415-639-9090
Facsimile: (415) 449-6469