**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Andreas E. Moffett (*pro hac vice*)
  Andreas@gutridesafier.com
1775 Eye Street, NW Suite 1150
Washington, DC 20006
Telephone: 415-639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*
*Jonathan Gabrielli*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GABRIELLI, as an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC.,<br><br>Defendant. | Case No. 4:24-cv-09533-JST<br><br>PLAINTIFF'S STATEMENT OF RECENT DECISION<br><br>Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 7-3(d)(2), and in support of Plaintiff's Opposition to Defendants' Motion to Strike the Class Allegations in the Complaint ECF 13 (Defendant's Motion), ECF 21 (Plaintiff's Opposition), Plaintiff respectfully submits for the Court's review a recent decision from the Supreme Court of the United States: *LabCorp v. Luke Davis et al.*, 605 U.S. ____ (2025) (Per Curiam). A copy of that Order is attached hereto as Exhibit A.

Dated: June 12, 2025   **GUTRIDE SAFIER LLP**

*/s/Andreas E. Moffett*
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Andreas E. Moffett (*pro hac vice*)
  Andreas@gutridesafier.com
1775 Eye Street, NW Suite 1150
Washington, DC 20006
Telephone: 415-639-9090
Facsimile: (415) 449-6469