Paul W. Sweeney, Jr. (SBN 112511)
paul.sweeney@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Chief Coleman (SBN 352670)
chief.coleman@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendant
Motorola Mobility LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GABRIELLI, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC<br><br>Defendants. | Case No. **4:24-cv-09533-JST**<br><br>**DEFENDANT MOTOROLA MOBILITY LLC'S STATEMENT OF RECENT DECISION**<br><br>Honorable Jon S. Tigar |

Pursuant to Civil Local Rule 7-3(d)(2), and in support of Defendant's Motion to Dismiss the Class Allegations in the Complaint ECF 12 (Defendant's Motion), and its Reply to Plaintiff's Opposition of the Motion the ECF 27 (Defendant's Reply), Defendant respectfully submits for the Court's review a recent decision from United States District Court, Northern District of California: *Kishnani v. Royal Caribbean Cruises Ltd.*, No. 25-CV-01473-NW, 2025 WL 1745726 (N.D. Cal. June 24, 2025). A copy of that Order is attached hereto as Exhibit A.

Dated: July 8, 2025

**K&L Gates LLP**

By: /s/ Chief Coleman
Paul W. Sweeney, Jr.
Zachary T. Timm
Chief Coleman

Attorneys for Defendant
Motorola Mobility LLC