UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GABRIELLI,<br><br>        Plaintiff,<br><br>    v.<br><br>MOTOROLA MOBILITY LLC,<br><br>        Defendant. | Case No. 24-cv-09533-JST   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 48 |

It's hard to evaluate the parties' discovery dispute at ECF No. 48 without reading Plaintiff's discovery requests and Motorola's responses. Accordingly, the Court **ORDERS** the parties to file them by August 4, 2025.

**IT IS SO ORDERED.**

Dated: August 1, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge