United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN GABRIELLI,

Plaintiff,

v.

MOTOROLA MOBILITY LLC,

Defendant.

Case No.  24-cv-09533-JST   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 72

As discussed at the hearing this morning, the Court **ORDERS** as follows:

1. With respect to the interrogatories referenced in the November 11 and January 28 letters, Motorola shall serve supplemental responses within 30 days providing the information currently known to it.  Thereafter, Motorola shall supplement its responses as appropriate as it learns additional information.

2. With respect to custodial document production, Motorola shall identify the five best document custodians, Motorola shall come up with good search terms, and Motorola shall complete its document production for these five custodians within 60 days.  When Motorola produces these documents, it must also produce the search terms it used and the hit count for each term.  Following this document production, if Plaintiff believes there should be additional custodians or search terms, he shall initiate a meet and confer.  If the parties are unable to reach a resolution, they shall promptly file one or more joint discovery letter briefs.

3. Motorola shall substantially complete the production of non-custodial data that is within its possession, custody or control within 60 days.  If Motorola determines that relevant data is not within its possession, custody or control, within 60 days Motorola shall tell Plaintiff what that data

is and who has it, so Plaintiff can subpoena them if necessary.

**IT IS SO ORDERED.**

Dated: March 3, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2