UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GABRIELLI, on behalf of himself, the general public, and those similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>MOTOROLA MOBILITY LLC,<br><br>                  Defendant. | CASE NO.  4:24-cv-09533-JST<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DEFENDANT'S DEADLINE TO PRODUCE DOCUMENTS<br><br><br>**Judge: Hon. Jon S. Tigar** |

[~~PROPOSED~~] ORDER

Having considered Defendant Motorola Mobility LLC's ("Defendant") Unopposed Motion to Continue Defendant's Deadline to Produce Documents, and good cause appearing, **IT IS HEREBY ORDERED** that Defendant's deadline to substantially complete the production of non-custodial data is continued by 10 days to May 12, 2026.

**IT IS SO ORDERED.**

DATED: May 4, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

1
[PROPOSED] ORDER